# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMIL JUTROWSKI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.: 12-cv-3318 (CCC-JAD)<br><br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court upon motion by Defendants State of New Jersey, the New Jersey State Police, Superintendent Colonel Rick Fuentes, Trooper Jeffrey Heimbach, and Trooper James Franchino to dismiss the complaint in part pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [Docket No. 26]. On July 2, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Defendants' motion to dismiss be granted. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 30 day of July, 2013

**ORDERED** that this Court adopts Judge Dickson's July 2, 2013 Report and Recommendation and thus grants Defendants' motion to dismiss in part Plaintiff's complaint and dismisses those claims addressed in the Judge Dickson's Report and Recommendation.

HON. CLAIRE C. CECCHI<br>
United States District Judge